IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 1:23-cv-04928 (Judge Edmond E. Chang)

GS HOLISTIC, LLC,

        Plaintiff,

    v.

J B TRADING INC. d/b/a SOUTHPORT SMOKE & NOVELTIES and ABDUL BARI MOHAMMED,

        Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its attorney, RYAN S. FOJO, makes this request for entry of a default judgment pursuant to Rule 55(b) against Defendants, J B TRADING INC. d/b/a SOUTHPORT SMOKE & NOVELTIES and ABDUL BARI MOHAMMED, and in support thereof states as follows:

1.    The Plaintiff filed its Complaint against the Defendants on July 28, 2023 [DE 1].

2.    On August 24, 2023, the Defendant ABDUL BARI MOHAMMED, and, on August 24, 2023, the Defendant, J B TRADING INC. d/b/a SOUTHPORT SMOKE & NOVELTIES, were served with the Complaint and Summons [DE 11, 12].

3.    On September 21, 2023, the court deemed the Defendants to be in default and ordered the Plaintiff to file a Motion for Default judgment. *See* [DE 14].

4.    The Plaintiff thus moves for entry of default judgment pursuant to Fed. R.

1

Civ. P. 55(b).

    5.    In support of the motion, Plaintiff submit the following certifications:

Exhibit A: Affidavit of Attorney Ryan S. Fojo, as to docket review and costs expended.

Exhibit B: Affidavit of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to statutory damages.

Exhibit C: judgment in GS Holistic, LLC. v. Envirocure, LLC. and Hassan Abid (22-cv-60463-BLOOM/Valle) for $151,147.89 in statutory damages.

Exhibit D : judgment in GS Holistic, LLC. v. One Stop Vape et al (2:22-cv-04628-SVW-AGR) for $225,000 in statutory damages and $1,482 in costs.

Exhibit E : judgment in GS Holistic, LLC. v. Cali Smoke Depot LLC et al (2:22-cv-06679-SPG-KS) for $150,000 in statutory damages and $1,0999.86 in costs.

Exhibit F : judgment in GS Holistic, LLC. v. Bellair Cigarettes Inc et al One Stop Vape et al (2:22-cv-06363-GW-MRW) for $150,000 in statutory damages and $955.69 in costs.

Exhibit G : judgment in GS Holistic, LLC. v. Pyramids Wholesale et al (2:22-cv-04632-SPG-RAO) for $300,000 in statutory damages and $1,462 in costs.

Exhibit H : judgment in GS Holistic, LLC. v. Smoke Unlimited et al (1:22-cv-21254-FAM) for $250,000 in statutory damages and $563.41 in costs.

<div style="text-align: right; position: absolute;">Exhibit I: judgment in GS Holistic, LLC. v. Abood Enterprise et al (1:22-cv-06161) for $150,000 in statutory damages and $817 in costs.</div>

Exhibit I: judgment in GS Holistic, LLC. v. Abood Enterprise et al (1:22-cv-06161) for $150,000 in statutory damages and $817 in costs.

Exhibit J: Investigator pictures of infringing sale.

Exhibit K: Trademark registration certificates for Stündenglass Marks.

6. Plaintiff also submits and relies upon the Memorandum of Law in Support of Statutory Damages, in the amount of $150,000.00.

WHEREFORE, the Plaintiff requests default judgment against J B TRADING INC. d/b/a SOUTHPORT SMOKE & NOVELTIES and ABDUL BARI MOHAMMED, in the amount of $150,000.00.

Respectfully submitted,

/s/ Ryan S. Fojo
Ryan S. Fojo
IL Bar # 6305940
The Ticktin Law Group
875 North Michigan Avenue,
31st Floor
Chicago, Illinois 60611
Serv605@LegalBrains.com
Serv549@LegalBrains.com
Telephone: 561-232-2222

*Attorney for the Plaintiff*

3