IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 1:23-cv-04754 (Judge Nancy L. Maldonado)

GS HOLISTIC, LLC,

        Plaintiff,

    v.

NORTH BROADWA
MANAGEMENT, INC d/b/a VAPE
STORE and MAJID ALI
MOHAMMED,

        Defendants.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS

The Plaintiff, GS HOLISTIC, LLC, by and through its attorney, Ryan S. Fojo, makes this request for entry of a default judgment pursuant to Rule 55(b) against the Defendants, NORTH BROADWAY MANAGEMENT, INC d/b/a VAPE STORE and MAJID ALI MOHAMMED, and in support thereof states as follows:

1.     The Plaintiff filed its Complaint against the Defendants on July 22, 2023 [DE 1].

2.     On September 6, 2023, the Defendant NORTH BROADWAY MANAGEMENT, INC d/b/a VAPE STORE, and, on October 7, 2023, the Defendant, MAJID ALI MOHAMMED, were served with the Complaint and Summons [DE 9, 12].

3.     On October 11, 2023, the Plaintiff filed a Motion for Entry of Clerk's Default against the Defendant, NORTH BROADWAY MANAGEMENT, INC d/b/a VAPE STORE, and on November 15, 2023, against the Defendant, MAJID ALI

MOHAMMED which were subsequently granted on October 12, 2023, and on November 16, 2023. *See* [DE 16, 19].

    4.      The Plaintiff thus moves for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

    5.      In support of the motion, Plaintiff submit the following certifications:

Exhibit A: Affidavit of Attorney Ryan S. Fojo, as to docket review and costs expended.

Exhibit B: Affidavit of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to statutory damages.

Exhibit C: Judgment in GS Holistic, LLC. v. Envirocure, LLC. and Hassan Abid (22-cv-60463-BLOOM/Valle) for $151,147.89 in statutory damages.

Exhibit D: Judgment in GS Holistic, LLC. v. One Stop Vape et al (2:22-cv-04628-SVW-AGR) for $225,000 in statutory damages and $1,482 in costs.

Exhibit E: Judgment in GS Holistic, LLC. v. Cali Smoke Depot LLC et al (2:22-cv-06679-SPG-KS) for $150,000 in statutory damages and $1,0999.86 in costs.

Exhibit F: Judgment in GS Holistic, LLC. v. Bellair Cigarettes Inc et al One Stop Vape et al (2:22-cv-06363-GW-MRW) for $150,000 in statutory damages and $955.69 in costs.

Exhibit G: Judgment in GS Holistic, LLC. v. Pyramids Wholesale et al (2:22-cv-04632-SPG-RAO) for $300,000 in statutory damages and $1,462

in costs.

<u>Exhibit H</u> : judgment in GS Holistic, LLC. v. Smoke Unlimited et al (1:22-cv-21254-FAM) for $250,000 in statutory damages and $563.41 in costs.

<u>Exhibit I</u>: judgment in GS Holistic, LLC. v. Abood Enterprise et al (1:22-cv-06161) for $150,000 in statutory damages and $817 in costs.

<u>Exhibit J</u>: Pictures of infringing sale

<u>Exhibit K</u>: Trademark Registration Certificates

6. The Plaintiff also submits and relies upon the Memorandum of Law in Support of Statutory Damages, in the amount of $150,000.00.

WHEREFORE, the Plaintiff requests default judgment against NORTH BROADWAY MANAGEMENT, INC d/b/a VAPE STORE and MAJID ALI MOHAMMED, in the amount of $150,000.00.

Respectfully submitted,

*/s/ Ryan S. Fojo*
Ryan S. Fojo
IL Bar # 6305940
The Ticktin Law Group
875 N Michigan Ave 31st Floor
Chicago, IL, 60611
Serv606@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*